**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

November 21, 2013

Erik Haas
Partner
(212) 336-2117
Direct Fax: (212) 336-2386
ehaas@pbwt.com

*Via ECF*

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

>   Re:   *NCUA v. Morgan Stanley & Co.*, No. 13-cv-6705
>         *NCUA v. Bear, Stearns & Co.*, No. 13-cv-6707
>         *NCUA v. Wachovia Capital Markets LLC*, No. 13-cv-6719
>         *NCUA v. RBS Securities, LLC*, No. 13-cv-6726
>         *NCUA v. Barclays Capital Inc.*, No. 13-cv-6727
>         *NCUA v. UBS Securities, LLC*, No. 13-cv-6731
>         *NCUA v. Credit Suisse Securities (USA) LLC*, No. 13-cv-6736

Dear Judge Cote:

      I write on behalf of the National Credit Union Administration Board, as liquidating agent for Southwest and Members United Corporate Credit Unions ("NCUA"), in regard to the initial conference held on November 14, 2013. During that conference, Your Honor directed NCUA to advise the court by November 21 if it intended to amend its complaint in the lead case, *NCUA v. Morgan Stanley & Co.*, No. 13-cv-6705. We write today to inform the Court that NCUA will not amend the complaint.

      NCUA respectfully requests that Your Honor set the briefing schedule for Morgan Stanley's pending motion to dismiss as proposed by Your Honor at the initial conference: NCUA will submit its opposition brief by December 6, 2013, and Morgan Stanley will submit its reply brief by December 16, 2013.

Respectfully submitted,

*/s/ Erik Haas*

Erik Haas

The Honorable Denise L. Cote
November 21, 2013
Page 2

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Michelle W. Cohen
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel:  (212) 336-2000
Fax:  (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
pforlenza@pbwt.com
mcohen@pbwt.com

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCHE LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel.:  (212) 382-3300
Fax:  (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel:  (202) 327-7900
Fax:  (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel:  (312) 641-9760
Fax:  (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Greg G. Gutzler
Peter H. Rachman
Robert L. King
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel:  (314) 241-4844
Fax:  (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
rking@koreintillery.com

*Attorneys for Plaintiff National Credit Union Administration Board*

The Honorable Denise L. Cote
November 21, 2013
Page 3


cc: Counsel of Record (*via ECF*)