UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, as Liquidating Agent of          :
Southwest Corporate Federal Credit      :    13 Civ. 6705 (DLC)
Union and Members United Corporate      :    13 Civ. 6719 (DLC)
Federal Credit Union,                   :    13 Civ. 6721 (DLC)
                                        :    13 Civ. 6726 (DLC)
                          Plaintiff,    :    13 Civ. 6727 (DLC)
              -v-                       :    13 Civ. 6731 (DLC)
                                        :    13 Civ. 6736 (DLC)
MORGAN STANLEY & CO., INC. and MORGAN   :
STANLEY CAPITAL I INC.,                 :
                          Defendants.   :
                                        :
                                        :
And other NCUA cases.                   :            ORDER
                                        :
                                        :
----------------------------------------X

DENISE COTE, District Judge

     A conference having been scheduled for 3:30 p.m. on April

2, 2014 in these actions, the parties are advised that the

conference is expected to last one hour.  Accordingly, it is

hereby

     ORDERED that counsel shall be prepared to discuss the

following issues:

1.   The selection of a coordination judge, who shall act in

     consultation of the other judges in the related actions;

2.   Whether limits on the depositions of fact witnesses should

     be set now or later; and

3.   What the limits on fact depositions should be.


        SO ORDERED:

Dated:      New York, New York
            April 2, 2014

                                    _____
                                           DENISE COTE
                                  United States District Judge