```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION       :
BOARD, etc.,                               :
                        Plaintiff,         :    13 Civ. 6705 (DLC)
            -v-                            :    13 Civ. 6719 (DLC)
                                           :    13 Civ. 6721 (DLC)
MORGAN STANLEY & CO., et al.,              :    13 Civ. 6726 (DLC)
                                           :    13 Civ. 6727 (DLC)
                        Defendants.        :    13 Civ. 6731 (DLC)
                                           :    13 Civ. 6736 (DLC)
And other NCUA Actions.                    :
------------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------:
NATIONAL CREDIT UNION ADMINISTRATION       :
BOARD, etc.,                               :
                        Plaintiff,         :    11 Civ. 2340 &
            -v-                            :    2649 (JWL)
                                           :    12 Civ. 2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH      :    12 Civ. 2648 (JWL)
CAPITAL MARKETS, INC., et al.,             :    13 Civ. 2418 (JWL)
                                           :
                        Defendants.        :
                                           :
And other NCUA Actions.                    :
------------------------------------------X


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION       :
BOARD, etc.,                               :
                        Plaintiff,         :
            -v-                            :
                                           :    11 Civ. 5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH      :    11 Civ. 6521 (GW)
CAPITAL MARKETS, INC., et al.,             :
                                           :
                        Defendants.        :          ORDER
                                           :
And other NCUA Actions.                    :
------------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On April 9, 2014, a Master Discovery Protocol was issued in these coordinated actions. Through a letter of April 25, the defendants seek clarification regarding the production of RMBS transcripts, § 10(d), and a modification of the number of interrogatories they may serve, § 7(c). NCUA responded in a letter of April 29. Having reviewed these submissions, it is hereby

ORDERED that the obligation to produce transcripts, affidavits and affirmations, as described in § 10(d) of the April 9, 2014 Master Discovery Protocol, is not limited to the parties' current and former employees, and does include the obligation to produce such materials from non-parties. The defendants shall provide NCUA with lists of third-party transcripts, and the parties shall confer in good faith to identify those transcripts that may be of assistance to the parties in this litigation.

IT IS FURTHER ORDERED that the defendants shall complete production of the third-party transcripts under § 10(d) of the April 9, 2014 Master Discovery Protocol by June 13, 2014.

IT IS FURTHER ORDERED that the defendants' request to remove the provision in § 7(c) of the April 9, 2014 Master Discovery Protocol that previously served interrogatories shall count against the totals set forth in § 7(a) is denied. The parties are reminded that any request to deviate from the Master Discovery Protocol must be supported by a showing of good cause. See Master Discovery Protocol § 1.

SO ORDERED:

Dated:   New York, New York
         April 30, 2014

                              _____
                                     DENISE COTE
                              United States District Judge
                              Coordination Judge in these NCUA Actions