**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union<br><br>Plaintiff,<br><br>v.<br><br>UBS SECURITIES, LLC,<br><br>Defendant. | Case No. 13-cv-6731 (DLC) |

## DECLARATION OF MICHAEL N. MULVANIA

Michael N. Mulvania DECLARES PURSUANT TO 28 U.S.C. § 1746 as follows:

1.      I am a duly licensed attorney appearing as counsel of record for National Credit Union Administration Board, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union ("NCUA"), in this litigation.  I submit this Declaration in support of a Motion for an Order permitting me to withdraw as counsel for NCUA.

2.      I seek to withdraw in this case because I am leaving the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.

3.      My withdrawal will have no adverse effect on the interests of my client, NCUA, as it is ably represented in this case by several other attorneys at Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C., as well as at Korein Tillery LLC and Wollmuth Maher & Deutsch LLP.

4.      My withdrawal will cause no delay in the resolution of this case and prejudices no one.

5.      I am not asserting a retaining or charging lien with the Court.

I declare under penalty of perjury, based on my information and belief, that the foregoing is true and correct.

Dated:        February 25, 2015

Michael N. Mulvania