IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union<br><br>Plaintiff,<br><br>v.<br><br>UBS SECURITIES, LLC,<br><br>Defendant. | Case No. 13-cv-6731 (DLC) |

### NOTICE OF MOTION TO WITHDRAW APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4, upon the accompanying Declaration of Michael N. Mulvania, dated February 25, 2015, the undersigned will move this Court at a date and time to be determined by the Court for an Order granting the withdrawal of Michael N. Mulvania as one of the counsel for Plaintiff National Credit Union Administration Board, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union ("NCUA"), in the above captioned action.

As set forth in his declaration, Mr. Mulvania is leaving the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.  Other attorneys at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. as well as attorneys at Korein Tillery LLC and Wollmuth Maher & Deutsch LLP will continue as counsel for NCUA in this litigation.

Dated: February 26, 2015

/s/ David H. Wollmuth

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel.: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1940
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Greg G. Gutzler
Robert L. King
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
rking@koreintillery.com

*Attorneys for National Credit Union Administration Board*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2015, I caused a true and correct copy of the Notice of Motion to Withdraw Appearance, Declaration of Michael N. Mulvania, and Proposed Order to be served electronically via the Court's Electronic Case Filing System upon all ECF-registered counsel of record.

                                              /s/ Frederick R. Kessler