```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                        Plaintiff,      :    13cv6705 (DLC)
                -v-                     :    13cv6719 (DLC)
                                        :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,           :    13cv6726 (DLC)
                                        :    13cv6727 (DLC)
                        Defendants.     :    13cv6731 (DLC)
                                        :    13cv6736 (DLC)
And other NCUA Actions.                 :
----------------------------------------X
```

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                        Plaintiff,      :    11cv2340 (JWL)
                -v-                     :    11cv2649 (JWL)
                                        :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH   :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,          :    13cv2418 (JWL)
                                        :
                        Defendants.     :
                                        :
And other NCUA Actions.                 :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/17/15_____

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                        Plaintiff,      :
            -v-                         :       11cv5887 (GW)
                                        :       11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH   :
CAPITAL MARKETS, INC., et al.,          :
                                        :       ORDER
                        Defendants.     :
                                        :
And other NCUA Actions.                 :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU,
District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On March 17, 2015, NCUA submitted a letter requesting that
defendant Credit Suisse be ordered (1) to promptly disclose the
quantity of loans it intends to re-underwrite, the
securitizations they back, and the method by which and purpose
for which they are being selected; and (2) to identify by May 16
each specific loan it intends to re-underwrite for purposes of
its expert reports.  Accordingly, it is hereby

ORDERED that Credit Suisse shall submit any response to NCUA's letter by March 20 at 10am EDT.


Dated: March 17, 2015          /s/ Denise Cote
                               United States District Judge


Dated: March 17, 2015          /s/ George H. Wu
                               United States District Judge


Dated: March 17, 2015          /s/ John W. Lungstrum
                               United States District Judge


Dated: March 17, 2015          /s/ James P. O'Hara
                               United States Magistrate Judge