```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                     Plaintiff,       :    13cv6705 (DLC)
           -v-                        :    13cv6719 (DLC)
                                      :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :    13cv6726 (DLC)
                                      :    13cv6727 (DLC)
                     Defendants.      :    13cv6731 (DLC)
                                      :    13cv6736 (DLC)
And other NCUA Actions.               :
------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                     Plaintiff,       :    11cv2340 (JWL)
           -v-                        :    11cv2649 (JWL)
                                      :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :    13cv2418 (JWL)
                                      :
                     Defendants.      :
                                      :
And other NCUA Actions.               :
------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: __3/18/15____

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :
             -v-                        :     11cv5887 (GW)
                                        :     11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH   :
CAPITAL MARKETS, INC., et al.,          :
                                        :     ORDER
                         Defendants.    :
                                        :
And other NCUA Actions.                 :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On March 17, 2015, NCUA submitted a letter requesting that defendant Credit Suisse be ordered (1) to promptly disclose the quantity of loans it intends to re-underwrite, the securitizations they back, and the method by which and purpose for which they are being selected; and (2) to identify by May 16 each specific loan it intends to re-underwrite for purposes of its expert reports. Also on March 17, Credit Suisse submitted a response letter requesting that NCUA's request be denied as premature because the parties have not yet completed the meet and confer process expressly contemplated by ¶ k of the April 9, 2014 Loan File Re-underwriting Protocol. Having reviewed both letters, it is hereby

ORDERED that NCUA and Credit Suisse shall meet and confer regarding all of the issues raised in their March 17 letters and

2

shall jointly submit a status report by Monday, March 23 at noon EDT.

Dated: March 18, 2015         /s/ Denise Cote
                              United States District Judge


Dated: March 18, 2015         /s/ George H. Wu
                              United States District Judge


Dated: March 18, 2015         /s/ John W. Lungstrum
                              United States District Judge


Dated: March 18, 2015         /s/ James P. O'Hara
                              United States Magistrate Judge