UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Union, | : : : : : : | 13-cv-6731 (DLC)<br><br>**NOTICE OF APPEARANCE** |
| Plaintiff, | : : | |
| v. | : : | |
| UBS SECURITIES, LLC., | : : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Please take notice that the undersigned, an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for defendant UBS Securities LLC.

Dated: New York, New York
       April 23, 2015

                                                /s/ Sarah Bender-Nash
                                                Sarah Bender-Nash
                                                (sbender@skadden.com)
                                                SKADDEN, ARPS, SLATE,
                                                   MEAGHER & FLOM LLP
                                                Four Times Square
                                                New York, New York  10036
                                                (212) 735-3000

                                                Attorneys for UBS Securities, LLC