UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Union,<br><br>     Plaintiff,<br><br>    v.<br><br>UBS SECURITIES, LLC.,<br><br>     Defendant. | 13-cv-6731 (DLC)<br><br>**NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   Please take notice that the undersigned, a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for defendant UBS Securities LLC.

Dated: New York, New York
    April 23, 2015

                /s/ Robert A. Fumerton
                Robert A. Fumerton
                (Robert.Fumerton@skadden.com)
                SKADDEN, ARPS, SLATE,
                 MEAGHER & FLOM LLP
                Four Times Square
                New York, New York  10036
                (212) 735-3000

                Attorneys for UBS Securities, LLC