UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

NATIONAL CREDIT UNION ADMINISTRATION BOARD,  Plaintiff,

Case No. 13 Civ 6731 (DLC)

-against-

UBS Securities, LLC,  Defendant.

------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Sarah Bender-Nash
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SB1480        My State Bar Number is 4495800

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Home
            FIRM ADDRESS:
            FIRM TELEPHONE NUMBER:
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Skadden, Arps, Slate, Meagher & Flom LLP
            FIRM ADDRESS: 4 Times Square, New York, NY 10036
            FIRM TELEPHONE NUMBER: 212-735-3000
            FIRM FAX NUMBER: 212-735-2000

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 4/23/2015                          /s/ Sarah Bender-Nash
                                          ATTORNEY'S SIGNATURE