SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
(212) 735-7852
DIRECT FAX
(917) 777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

September 28, 2015

MEMO ENDORSED

9/28/2015

<u>Via ECF</u>

The Honorable Denise L. Cote
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *NCUA v. UBS Securities LLC*, No. 12-cv-2591 (JWL-JPO) (D. Kan.)
*NCUA v. UBS Securities LLC*, No. 13-cv-6731 (DLC) (S.D.N.Y.)
*NCUA v. Morgan Stanley & Co. Inc.*, No. 13-cv-6705 (DLC) (S.D.N.Y.)
(Lead Case)

Dear Judge Cote:

UBS filed today a redacted letter motion requesting an order that NCUA produce a Rule 30(b)(6) witness to testify about the potential spoliation of certain Western Corporate Federal Credit Union ("WesCorp") materials. In accordance with Rule 4(A) of the Court's Individual Practices in Civil Cases, the Court's June 8, 2015 Order (ECF No. 313),[1] and Paragraph 9 of the Master Protective Order (ECF No. 103), UBS requests that it be allowed to manually file the letter motion and its accompanying exhibits under seal.

Parties may designate materials Confidential or Highly Confidential pursuant to the Master Protective Order. Paragraph 9 of the Master Protective Order provides:

> In the event that before trial in the Related Actions, or in connection with any hearing in or any matter relating to the Related Actions, counsel for any Party determines to file or submit in writing to the Clerk's office any Protected

---

[1] All ECF citations are to *NCUA v. Morgan Stanley & Co.*, No. 13-06705 (S.D.N.Y.).

Material, or any papers containing or making reference to the substance of such material or information, such documents or portions thereof containing or making reference to such material or information shall be filed with a request that the documents be filed under seal in accordance with the rules of the Court, and kept under seal until further order of the Court.

UBS has redacted the portions of its letter motion that concern (i) deposition testimony given by William Eberhardt and Timothy Sidley, which Plaintiff designated Confidential, (ii) correspondence concerning Mr. Eberhardt's deposition testimony and (iii) documents produced by Plaintiff and designated Confidential.

A list of exhibits UBS is requesting to file under seal is attached. Exhibits A, B and C are excerpts of transcripts of deposition testimony Plaintiff has designated Confidential. Exhibits D, E, F, H, I, J and K are copies of correspondence between counsel for UBS and counsel for Plaintiff that references deposition testimony and/or documents that either Plaintiff or UBS has designated Confidential. Exhibits M and N were produced by Plaintiff and designated Confidential.

In accordance with Rule 4(A) of the Court's Individual Practices in Civil Cases, the Court's June 8, 2015 Order and Paragraph 9 of the Master Protective Order, UBS requests permission to file its letter motion and Exhibits A, B, C, D, E, F, H, I, J, K, M and N to the letter motion under seal in accordance with the rules of Court, and requests that the documents be kept under seal until further order of the Court.

Respectfully submitted,

/s/ Scott D. Musoff

Scott D. Musoff

cc: All counsel of record (via ECF)

Granted. The parties shall confer and present their requests for redactions by Thursday, October 2, 2015.

*[signature]*
Sept. 28, 2015

## Documents Requested To Be Filed Under Seal

| Exhibit | Bates/Description | Confidentiality Designation under Master Protective Order |
|---|---|---|
| Exhibit A | Excerpts of Transcript of June 9, 2015 Deposition of William C. Eberhardt, Jr. | Designated Confidential by Plaintiff |
| Exhibit B | Excerpts of Transcript of July 14, 2015 Deposition of Timothy T. Sidley | Designated Confidential by Plaintiff |
| Exhibit C | Excerpts of Transcript of June 10, 2015 Deposition of William C. Eberhardt, Jr. | Designated Confidential by Plaintiff |
| Exhibit D | June 29, 2015 letter from Robert A. Fumerton to Andrew M. Hetherington | Redacted text refers to deposition testimony designated Confidential by Plaintiff |
| Exhibit E | August 4, 2015 letter from Andrew M. Hetherington to Robert A. Fumerton | Redacted text refers to documents and deposition testimony designated Confidential by UBS |
| Exhibit F | June 16, 2015 letter from Robert A. Fumerton to Andrew M. Hetherington. | Letter refers to deposition testimony designated Confidential by Plaintiff |
| Exhibit H | June 30, 2015 letter from Andrew M. Hetherington to Robert A. Fumerton. | Letter refers to deposition testimony designated Confidential by Plaintiff |
| Exhibit I | July 24, 2015 letter from Robert A. Fumerton to Andrew M. Hetherington. | Letter refers to deposition testimony designated Confidential by Plaintiff |
| Exhibit J | August 4, 2015 letter from Andrew M. Hetherington to Robert A. Fumerton. | Letter refers to deposition testimony and documents designated Confidential by Plaintiff |
| Exhibit K | September 8, 2015 e-mail from Andrew M. Hetherington to Robert A. Fumerton | Redacted text refers to deposition testimony designated Confidential by |

| Exhibit | Bates/Description | Confidentiality Designation under Master Protective Order |
|---|---|---|
| | and Gary J. Hacker. | Plaintiff |
| Exhibit M | Excerpts of NCUA-USC-0010098787 at NCUA-USC-0010099647-658. | Designated Confidential by Plaintiff |
| Exhibit N | National Credit Union Administration Board's Log of Material Withheld or Redacted, *NCUA v. Morgan Stanley Co.*, No. 13-cv-6705 (S.D.N.Y.), and related cases. | Designated Confidential by Plaintiff |