UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>                Plaintiff,<br>v.<br><br>UBS SECURITIES, LLC,<br><br>                Defendants. | Civil Action No. 13-cv-6731 (DLC) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Andrew E. Goldsmith, a member in good standing of this Court, enters his appearance in the above-captioned matter as counsel of record for National Credit Union Administration Board, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union.

Dated:  November 16, 2015               Respectfully submitted,

                                         /s/ Andrew E. Goldsmith
                                        Andrew E. Goldsmith (AG-7360)
                                        KELLOGG, HUBER, HANSEN, TODD,
                                          EVANS & FIGEL, P.L.L.C.
                                        1615 M Street, NW, Suite 400
                                        Washington, DC 20036
                                        Telephone:  (202) 326-7900
                                        Facsimile:  (202) 326-7999
                                        agoldsmith@khhte.com