USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                          Plaintiff,   :     13cv6705 (DLC)
                                       :     13cv6721 (DLC)
           -v-                         :     13cv6726 (DLC)
                                       :     13cv6731 (DLC)
MORGAN STANLEY & CO., et al.,          :     13cv6736 (DLC)
                                       :
                          Defendants.  :
                                       :        ORDER
And other NCUA Actions.                :
-------------------------------------- X

DENISE COTE, District Judge:

   NCUA and Defendants Morgan Stanley & Co., Inc. and Saxon Asset Securities Co. ("Morgan Stanley") have reached settlement in NCUA v. Morgan Stanley & Co., Inc., No. 13cv2418 (D. Kan.) and NCUA v. Morgan Stanley & Co., Inc., No. 13cv6705 (S.D.N.Y.). On January 6, 2016, NCUA and Morgan Stanley jointly moved for the entry of a contribution bar order barring claims by other defendants and other alleged tortfeasors against Morgan Stanley for contribution or indemnity in connection with two certificates also at issue in NCUA v. RBS Securities, Inc., No. 11cv5887 (C.D. Cal.), NCUA v. Credit Suisse Securities (USA) LLC, No. 12cv2648 (D. Kan.), and NCUA v. RBS Securities, Inc., No. 11cv2340 (D. Kan.). Accordingly, it is hereby

   ORDERED that the movants shall serve copies of the motion, supporting papers, and proposed order on American Home Mortgage Assets LLC by January 8, 2016.

IT IS FURTHER ORDERED that any opposition to this motion shall be submitted by January 22.  Any reply by NCUA and Morgan Stanley shall be submitted by January 29.

Dated:  New York, New York
        January 7, 2016

                                    _____
                                            DENISE COTE
                                    United States District Judge