UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Union,<br><br>  Plaintiff,<br><br>  v.<br><br>UBS SECURITIES LLC,<br><br>  Defendant. | 13-cv-6731 (DLC) |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Gary J. Hacker of Skadden, Arps, Slate, Meagher & Flom LLP hereby withdraws as counsel for defendant UBS Securities LLC in this action. Skadden, Arps, Slate, Meagher & Flom LLP continues to serve as counsel for UBS Securities LLC in this action through attorneys Jay B. Kasner, Scott D. Musoff, Robert A. Fumerton and Sarah Bender-Nash.  Please continue to direct all correspondence and papers in this action to them.

Dated: New York, New York
      January 7, 2016

                                              SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP

                                             /s/ Gary J. Hacker
                                             Gary J. Hacker
                                             Four Times Square
                                             New York, New York  10036
                                             (212) 735-3000
                                             gary.hacker@skadden.com