IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>  Plaintiff,<br>v.<br><br>UBS SECURITIES LLC,<br><br>  Defendant. | No. 13-cv-6731 (DLC) |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>  Plaintiff,<br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.,<br><br>  Defendants. | No. 13-cv-6736 (DLC)<br><br>**NOTICE OF NCUA'S MOTION FOR SUMMARY JUDGMENT ON THE NOTICE PROVISION OF THE ILLINOIS BLUE SKY LAW**<br><br>**ORAL ARGUMENT REQUESTED** |

  PLEASE TAKE NOTICE that Plaintiff National Credit Union Administration Board ("NCUA"), as liquidating agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union, by and through its undersigned counsel, relying upon (i) its Memorandum of Law in Support of its Motion for Summary Judgment on the Notice Provision of the Illinois Blue Sky Law, (ii) the Declarations and Exhibits annexed thereto, (iii) its Local Rule 56.1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment on the Notice Provision of the Illinois Blue Sky Law, and (iv) all prior proceedings and matters of record in

this case, will move this Court before the Honorable Judge Denise L. Cote, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for (i) an order in No. 13-6731 pursuant to Federal Rule of Civil Procedure 56(a) granting summary judgment against Defendant UBS Securities LLC, (ii) an order in No. 13-6736 granting similar relief against Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp., and (iii) such further relief as the Court deems just and proper.  Oral argument is requested.

As authorized by the Stipulation and Order approved and filed by the Court on February 1, 2016, the documents supporting this Motion are being filed initially under seal and will be filed in redacted form within three weeks of the date of this Motion.  As further stated in the same Stipulation and Order, the parties are to meet and confer regarding the page limits and briefing schedule for oppositions and reply memoranda of law.

Date:   February 5, 2016

Respectfully submitted,

/s/ David C. Frederick
David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL PLLC.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Robert L. King
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
rking@koreintillery.com

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Henry J. Ricardo
PATTERSON, BELKNAP, WEBB & TYLER
    LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
prforlenza@pbwt.com
hjricardo@pbwt.com

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH, MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com