USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2016

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :    13cv6731 (DLC)
            -v-                          :
                                         :
UBS SECURITIES LLC,                      :
                                         :
                         Defendant.      :
                                         :
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :    13cv6736 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
CREDIT SUISSE SECURITIES (USA) LLC,      :
CREDIT SUISSE FIRST BOSTON MORTGAGE      :
SECURITIES CORP.,                        :
                                         :
                         Defendants.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 11, 2016, UBS made an offer of judgment to NCUA under Rule 68, Fed. R. Civ. P. The offer provided that NCUA shall recover $33,014,265 from UBS plus prejudgment interest calculated at the rate and methodology as determined by the Court. On February 25, NCUA notified the Court that it had accepted UBS's Rule 68 offer.

On March 10, Credit Suisse made an offer of judgment to NCUA under Rule 68. The offer provided that NCUA shall recover $29,014,643 from Credit Suisse plus prejudgment interest

calculated at the rate and methodology as determined by the Court. On March 24, NCUA notified the Court that it had accepted Credit Suisse's Rule 68 offer.

In an Opinion and Order dated March 24, the Court held that (1) prejudgment interest shall be calculated based on the declining principal balance for each Certificate and (2) prejudgment interest under the TSA and ISL shall be calculated using the coupon rate applicable for each Certificate. Accordingly, it is hereby

ORDERED that if the parties dispute the amount of prejudgment interest owed using the methodology and rate set forth in the Court's March 24 Opinion and Order, they shall address the issue in their submissions to the Court concerning attorney's fees and costs, which is due on April 15 for the UBS matter and on May 12 for the Credit Suisse matter.

Dated:   New York, New York
         March 25, 2016

                                    _____
                                           DENISE COTE
                                    United States District Judge